NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
BRIAN W. IRVIN
SKYLER H. PEARSON
Assistant United States Attorneys
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6530
skyler.pearson@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Nicholas Gulli,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Charles Pierce, individually; Drug Enforcement Administration, a Division of the United States of America; Does I through V; and Roe Business Entities I through V inclusive,<br><br>　　　　Defendants. | Case No. 2:20-cv-01231-RFB-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND THE UNITED STATES' DEADLINE TO ANSWER** |

　　Plaintiff Nicholas Gulli and the United States of America, through counsel, hereby stipulate and agree as follows:

　　1. Plaintiff served the United States with a copy of the Summons and Complaint on September 2, 2020.

　　2. The deadline for the Defendants to answer or otherwise respond is November 2, 2020.

　　3. Plaintiff has agreed to file an amended complaint.

4. The parties have agreed that after Plaintiff files his amended complaint, the United States shall have seven (7) days to file an answer or other responsive pleading to the amended complaint.

5. This stipulation is made in good faith and not for the purpose of delay.

Therefore, the parties request that the Court extend the deadline for an answer or other response to seven (7) days after Plaintiff files his amended complaint.

Respectfully submitted this 2nd day of November 2020.

| | |
|---|---|
| Greenman Goldberg Raby & Martinez | NICHOLAS A. TRUTANICH<br>United States Attorney |
| /s/ William T. Martin<br>WILLIAM T. MARTIN<br>Greenman Goldberg Raby & Martinez<br>2270 S. Maryland Parkway, Suite 100<br>Las Vegas, Nevada 889109<br>wmartin@ggrmlawfirm.com | /s/ Skyler Pearson<br>SKYLER H. PEARSON<br>Assistant United States Attorney<br><br>*Attorneys for the United States* |
| *Attorneys for Plaintiffs* | |

Plaintiff's amended complaint must be filed no later than November 16, 2020.

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: November 3, 2020