| | |
|---|---|
| 1 | **DILLON G. COIL, ESQ.** |
| | Nevada Bar No. 11541 |
| 2 | **WILLIAM T. MARTIN, ESQ.** |
| 3 | Nevada Bar No. 2534 |
| | **GGRM LAW FIRM** |
| 4 | 2770 S. Maryland Parkway, Suite 100 |
| | Las Vegas, NV  89109 |
| 5 | Phone:  702. 384.1616 ~ Fax:  702.384.2990 |
| 6 | Email:  dcoil@ggrmlawfirm.com |
| | wmartin@ggrmlawfirm.com |
| 7 | *Attorneys for Plaintiff* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NICHOLAS GULLI, | **CASE NO.: 2:20-cv-01231-RFB-NJK** |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT UNITED STATES' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AND DEFENDANT'S REPLY** |
| CHARLES PIERCE, individually and the UNITED STATES of America, | |
| Defendants. | |

On October 18, 2020, Defendant United States' filed its Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 24). Plaintiff's Opposition to that Motion is currently due November 1, 2021. Defendant has agreed to extend the date for Plaintiff's Opposition for two weeks and Plaintiff has agreed to extend the time for Defendant's Reply by two weeks.

/ / /

/ / /

1

This Stipulation is submitted in good faith and is not interposed for purposes of delay. This is the first request to extend the deadline for filing Plaintiff's Opposition to Defendant United States' Motion and for filing Defendant's Reply, and due to unexpected circumstances, with this Court's approval, the parties hereby agree that the deadlines for Plaintiff to file the above-mentioned Opposition and Defendant's Reply shall be extended by two weeks, or such other time as deemed appropriate by the Court.

DATED this 28th Day of October, 2021.

*/s/ William Martin*

**DILLON G. COIL, ESQ.**
Nevada Bar No. 11541
**WILLIAM T. MARTIN, ESQ.**
Nevada Bar No. 2534
2770 S. Maryland Pkwy, Suite 100
Las Vegas, NV 89109
Phone: 702. 384.1616
*Attorneys for Plaintiff*

DATED this 28th Day of October, 2021.

*/s/ Brian Irvin*

**BRIAN W. IRVIN, ESQ.**
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, NV 89101
Phone: 702. 388.6530
*Attorneys for Defendant United States of America*

## ORDER

Based upon the Stipulation of the parties hereto, and for good cause, IT IS HEREBY ORDERED, that the Stipulation to Extend hereinabove is hereby Granted.

DATED this 1st day of November, 2021.



RICHARD F. BOULWARE, II
United States District Court