**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Nicholas Gulli,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>United States of America,<br><br>　　　　　Defendant. | Case No. 2:20-cv-01231-ART-NJK<br><br>**ORDER GRANTING**<br><br>**Stipulation to**<br>**Extend Briefing Schedule**<br><br>**(First Request)** |

　　　Under Federal Rule of Civil Procedure 6(b)(1) and Local Rule IA 6, Plaintiff and Defendant stipulate, and request that the Court approve, an extension of the deadline of October 25, 2024, ECF No. 44, for Defendant's renewed motion to dismiss, as well as approve the related briefing schedule set forth below. This is the first request for an extension of the October 25, 2024, deadline.

　　　After the parties filed a Joint Status Report, ECF No. 41, which recounted Plaintiff's submission of a workers compensation claim, the Court set a deadline of October 25, 2024, for (i) the parties to file a stipulation to dismiss the lawsuit or (ii) Defendant to file a renewed motion to dismiss. ECF No. 44. The parties, though counsel, have conferred and agree that renewed briefing is necessary as to the workers compensation issue. Each party is now represented by counsel who are relatively new to the case. *See* ECF Nos. 42,

43. Counsel require additional time to familiarize themselves with the issues and adequately brief them for the Court. Taking into account their existing workloads, travel schedules, and upcoming holiday season, counsel request that the Court approve the following briefing schedule:

    November 15, 2024:    Defendant's renewed motion to dismiss;

    December 16, 2024:    Plaintiff's response; and

    January 13, 2024:    Defendant's reply.

This extension is not sought for undue delay but to allow the parties sufficient time to brief issues that go to the subject matter jurisdiction of this Court.

Respectfully submitted this 22nd day of October, 2024.

| | |
|---|---|
| GGRM LAW FIRM | JASON M. FRIERSON<br>United States Attorney |
| */s/ Jason D. Guinasso*<br>JASON D. GUINASSO<br>Nevada Bar No: 8478<br>2770 S. Maryland Pkwy, Ste. 100<br>Las Vegas, NV 89109 | */s/Patrick A. Rose*<br>PATRICK A. ROSE<br>Assistant United States Attorney<br>501 Las Vegas Blvd. So., Suite1100<br>Las Vegas, NV 89101 |
| *Attorney for Plaintiffs* | |

**IT IS SO ORDERED:**

_____
**ANNE R. TRAUM**
**UNITED STATES DISTRICT JUDGE**

**DATED:** October 23, 2024