# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLAS GULLI,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendants. | **CASE NO.: 2:20-cv-01231-ART-NJK**<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS (ECF NO. 47)**<br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff NICHOLAS GULLI, by and through his counsel of record Jason D. Guinasso of GGRM Law Firm, and Defendant United States of America, by and through its counsel of record Karissa D. Neff of United States Attorney, that the Hearing re Defendant United States' Renewed Motion to Dismiss (ECF No. 47) scheduled for May 8, 2025 (ECF No. 51) be moved to a future date convenient for the Court and the parties.

1. On March 13, 2025, the Court filed a Minute Order in Chambers scheduling the Oral Argument on ECF No. 47 Defendant United States' renewed Motion to Dismiss and set the matter for Thursday, May 8, 2025, at 2:30p.m (ECF No. 51).

2. Counsel for Plaintiff has a calendaring conflict.

3. Specifically, Counsel has more than one hearing set at the same time on the same date.

4. The parties agree to email the department to select a mutually agreed upon date based on the Court's calendar should the Court grant this continuance.

5. This is the first request for such a continuance and it is made in good faith and not for the purposes of delay.

IT IS SO STIPULATED this 29th day of April, 2025.

DATED this 29th day of April, 2025.                              DATED this 29th day of April, 2025.

GGRM LAW FIRM                                                    UNITED STATES ATTORNEY


By: */s/ Jason D. Guinasso*                                      By: */s/ Karissa D. Neff*
JASON D. GUINASSO, ESQ.                                          KARISSA D. NEFF, ESQ.
Nevada Bar No. 8478                                              Nevada Bar No.: 9133
BRENOCH R. WIRTHLIN, ESQ.                                        501 Las Vegas Blvd. So Ste 100
Nevada Bar No. 10282                                             Las Vegas Nevada 89101
2770 S. Maryland Parkway, Suite 100                              Attorneys for Defendants,
Las Vegas, Nevada 89109                                          *United States*
*Attorneys for Plaintiff*

ORDER

IT IS SO ORDERED.

_____
Anne R. Traum
United States District Judge

DATED: May 2, 2025

2