# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

NICHOLAS GULLI,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 2:20-cv-01231-ART-NJK

**Order**

[Docket Nos. 65, 66, 67, 68]

Pending before the Court are Plaintiff's motions to remove counsel from the CM/ECF service list. Docket Nos. 65, 66, 67, 68.

The Court **GRANTS** the motions as to William Thomas Martin, Gabriel A. Martinez, Dillon G. Coil. Docket Nos. 65, 66, 67. The Court **DENIES** the motion as to Brenoch Wirthlin because that attorney does not appear on the docket. Docket No. 68.

IT IS SO ORDERED.

Dated: February 5, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1